**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)**

| | |
|---|---|
| **JONATHAN T. ALSTON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) |
| **ORION PORTFOLIO SERVICES, LLC** | ) **PJM 16CV3697** |
| | ) |
| **Defendants.** | ) |

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)
## (FEDERAL QUESTION)

PLEASE TAKE NOTICE that Defendants Orion Portfolio Services, LLC and Trident Asset Management, LLC (collectively "Defendant") hereby remove to this Court the state court action described below.

1.     On or about September 19, 201, the plaintiff commenced an action in the Circuit Court for Prince George's County, Maryland, entitled *Jonathan T. Alston v. Orion Portfolio Services, LLC,* bearing Case Number CAL16-36510.  A copy of the summons and complaint received by Defendants is attached and marked as <u>Exhibit A</u> in accordance with L.R. 103.5a.

2.     This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, in that Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA") and 15 U.S.C. § 1681 *et seq.*, the Fair Credit Reporting Act ("FCRA").

3.     This Court also has supplemental jurisdiction over the state law cause of action (Count IV – Defamation) pursuant to 28 U.S.C. § 1367.

4.     Defendants were served on October 12, 2016, via a certified mail. This removal is timely pursuant to 28 U.S.C. § 1446(b).

5.     To the best of the undersigned's knowledge, no other pleadings or documents, other than the summons and complaint attached hereto, have been filed in this matter.

6.     As required by 28 U.S.C. § 1446(d), Defendants will give notice of the filing of this notice to the Plaintiff and to the clerk of the Circuit Court for Prince George's County, Maryland, where the action is currently pending.

WHEREFORE, Defendants respectfully request that the above captioned matter currently pending in the Circuit Court for Prince George's County, Maryland be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

Bradley T. Canter, Esquire
Bar #18995
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  bcanter@roncanterllc.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Removal and related documents was served this 11h day of November, 2016, by first class mail, postage prepaid to:

> Jonathan T. Alston
> 10012 Cedarhollow Lane
> Largo, Maryland 20774
> *Pro Se Plaintiff*

Bradley T. Canter, Esquire
*Attorney for Defendants*