IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JONATHAN T. ALSTON,** | * | |
| | * | |
| Plaintiff, *pro se*, | * | |
| | * | |
| v. | * | Civil No. **PJM 16-3697** |
| | * | |
| **ORION PORTFOLIO** | * | |
| **SERVICES, LLC,** *et al.*, | * | |
| | * | |
| Defendants. | * | |

# **FINAL ORDER OF JUDGMENT**

Having considered Defendants' Motion for Attorneys' Fees and Costs, ECF No. 82, Plaintiff's response in Opposition, ECF No. 85, and Defendants' Reply, ECF No 87, Plaintiff's Motion to Relief from Judgment, ECF No. 88, Plaintiff's Motion for Leave to File a Surreply to Defendants' Reply, ECF No. 89, Plaintiff's self-titled Motion for the Court to Order Defendants' Motion for Attorney Fees to Have The Same Effect under Federal Rule of Appellate Procedure 4(a)(4) as a Timely Motion Under Rule 59, ECF No. 90, Defendants' combined response in Opposition, ECF No. 91, Plaintiff's combined Reply, ECF No. 93, and Defendants' supplement to their Motion for Attorneys' Fees and Costs, ECF No. 92, it is, for the reasons set forth in the accompanying Memorandum Opinion, this 14th day of February, 2020

**ORDERED**

1. Defendants' Motion for Attorneys' Fees and Costs is **GRANTED IN PART AND DENIED IN PART**;

2. Defendants are awarded a total of $14,846.76 in Attorneys' Fees and Costs and Final Judgment is entered against Plaintiff Jonathan Alston in that amount;

3. Plaintiff's Motion for Leave to File a Surreply is **DENIED**;

4. Plaintiff's Motion for Relief from Judgment is **DENIED**;

5. Plaintiff's Motion for the Court to Order Defendants' Motion for Attorney Fees to Have The Same Effect under Federal Rule of Appellate Procedure 4(a)(4) as a Timely Motion Under Rule 59 is **DENIED**;

6. The Clerk of the Court shall **CLOSE** this case.

                                                /s/
                                      **PETER J. MESSITTE**
                                   **UNITED STATES DISTRICT JUDGE**