IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| JONATHAN T. ALSTON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 8:16-cv-03697-PJM |
| | ) |
| ORION PORTFOLIO SERVICES, LLC, | ) |
| ET AL. | ) |
| | ) |
|     Defendants. | ) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Relief from Judgment, and Defendants' Opposition thereto, it is this **7** day of **DEC**, 2021,

**ORDERED**, that the Motion is hereby **DENIED**.

_____
Judge

1