IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JONATHAN T. ALSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:16-cv-03697 (PJM) |
| | ) |
| ORION PORTFOLIO SERVICES, LLC | ) |
| ET AL. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Jonathan T. Alston, appeals to the United States Court of Appeals for the Fourth Circuit from the ORDER [DOC 117] entered on December 7, 2021, that DENIED Plaintiff's Motion for Relief from Judgment, the ORDER [DOC 58] entered on September 18, 2918, that DENIED Plaintiff's Motion to Enforce Settlement Agreement.

Respectfully submitted,

Jonathan T. Alston
10006 Cedarhollow Ln
Largo, MD 20774
Tel: (301) 538-8095
Pro Se Plaintiff